STATE OF NEW JERSEY v. THERESA COLEMAN.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY JAMISON.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL D. JONES.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK IAPALUCCI.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHERYL TAYLOR.

October 28, 1986.

Petition for certification denied.